# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA, an individual,<br><br>          Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>          Defendants. | Case No.: 17cv395-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANS UNION LLC**<br><br>[Doc. No. 34] |

On February 22, 2018, the parties filed a joint motion to dismiss Defendant Trans Union LLC ("Trans Union") from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 34. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Trans Union from this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: February 22, 2018

                  HON. MICHAEL M. ANELLO
                  United States District Judge