# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA, an individual,<br><br>                                              Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC; ,<br><br>                                              Defendants. | Case No.:  17cv395-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>[Doc. No. 36] |

On March 16, 2018, the parties filed a joint motion to dismiss Defendant Experian Information Solutions, Inc. ("Experian") from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See* Doc. No. 36.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Experian from this action **with prejudice**.  Each party must bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  March 16, 2018

HON. MICHAEL M. ANELLO
United States District Judge