Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200-B
Chula Vista, CA  91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL HERRERA, an individual, | Case No.: 3:17-cv-00395-MMA-KSC |
| Plaintiff, | **Joint Motion to Dismiss Entire Action** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | |
| Defendants. | |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff Miguel Herrera and Defendant Equifax Information Services, LLC jointly move the Court to dismiss the entire action with prejudice, with each party to bear its fees and costs.

   Date:  April 5, 2018         /s/ Octavio Cardona-Loya II     .
                                Octavio Cardona-Loya II,
                                Attorney for Plaintiff Miguel Herrera
                                Email: Vito@GoldenCardona.com

   Date: April 5, 2018          /s/Thomas P. Quinn, Jr.      .
                                Thomas P. Quinn, Jr.
                                Attorney for Equifax Information Services, LLC
                                Email: tquinn@nokesquinn.com

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas P. Quinn, Jr., counsel for Equifax Information Services, LLC, and that I have obtained Mr. Quinn's authorization to affix his electronic signatures to this document.

Date: April 5, 2018            /s/ Octavio Cardona-Loya II            .
                               Octavio Cardona-Loya II,
                               Attorney for Plaintiff Miguel Herrera
                               Email: Vito@GoldenCardona.com