UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv395-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 38] |

On April 5, 2018, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 38. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **with prejudice**. Each party must bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 5, 2018

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge